UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In re:

| | |
|---|---|
| TERRANCE J. DEYOUNG | BK-06-11496 |
| Debtor | CHAPTER 13 |

OBJECTION TO ALLOWANCE OF CLAIM

The trustee objects to the allowance claim no. 2 filed by Mortgage Electronic Registration Systems, Inc. in the amount of $148,000.00 on the grounds that the creditor was granted relief from the automatic stay and is refusing to accept any further payments from the Trustee.

Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed.R.Bank.P. 9006(f) if served by mail, any party against whom such paper has been served, or any other party who objects to the relief sought, shall serve and file an objection or other appropriate response to said paper with the Bankruptcy Court Clerk's Office, 380 Westminster Mall, 6th Floor, Providence, RI 02903, (401) 626-3100. If no objection or other response is timely filed, the paper will be deemed unopposed and will be granted unless: (1) the requested relief is forbidden by law; (2) the requested relief is against public policy; or (3) in the opinion of the Court, the interest of justice requires otherwise.

/s/John Boyajian
John Boyajian, Trustee
Boyajian, Harrington & Richardson
182 Waterman Street
Providence, RI 02906
(401) 273-9600

CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Mortgage Electronic Registration Systems, c/o Countrywide Home Loans, 7105 Corporate Dr., PTX-B-209, Plano, TX 75024 and electronically mailed to Russell D. Raskin, Esq. at mail@raskinberman.com on September 3, 2009.

/s/ Martha Hunt